**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-cr-00160-JAD-VCF |
| vs. | **ORDER** |
| BRIAN KEITH WRIGHT, | |
| Defendant. | |

Before the Court is the Ex Parte Motion for Order to Allow Paralegal Accompany Attorney On-Site Visit (ECF NO. 169).

Defendant filed the instant motion as ex parte but has not provided the court with any reason to grant the relief on an ex parte basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an ex parte communication with the court except as specifically permitted by the local rules.

Defendant has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to the Plaintiff.

Accordingly,

The Clerk of Court is directed to remove the ex parte status from the instant motion and serve the AUSA on this case a copy.

Based on the Motion of defendant's counsel, and good cause appearing therefore, the court finds that an order granting defense counsel leave to bring a paralegal to in-person visits at the Nevada Southern Detention Center, in Pahrump, Nevada, is appropriate and necessary for the following reasons:

1. Counsel for defendant, Brian Keith Wright, (who is in custody), expects that a paralegal from her office, or an independently contracted one, will substantially assist in the trial that is expected to occur in this case;

2. Defense counsel needs the assistance of a paralegal to take notes, and distribute discovery to the defendant, particularly where technical assistance is required;

3. Defense counsel relies upon the services of a paralegal to assist her in transportation to and from the jail, among other tasks, including the foregoing;

4. For all the above-stated reasons, the ends of justice would best be served by an order allowing the defense attorney of record for Mr. Wright to be permitted to bring a paralegal to visits with the defendant at the jail for the duration of this case.

## **ORDER**

IT IS HEREBY ORDERED that Telia U. Williams, Esq., defendant for Brian Keith Wright, and/or any other attorney of record for Mr. Wright in this case, may be accompanied by a paralegal (certified or uncertified/licensed or unlicensed), as selected by his defense counsel, (either from defense counsel's office or independently contracted), to visits with Mr. Wright at the Nevada Southern Detention Center in Pahrump, Nevada, for the duration of this case.

DATED this 24th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE