# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:17-cr-00160-JAD-VCF |
| BRIAN KEITH WRIGHT, | **ORDER** |
| Defendant. | |

Before the Court is the Motion to Extend Pre-Trial Motions Deadline (ECF No. 172). Given that Telia Williams, Esq. was recently appointed as CJA on May 10, 2018, the instant motion is granted.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Extend Pre-Trial Motions Deadline (ECF No. 172) is GRANTED.

IT IS FURTHER ORDERED that the time to file the pretrial motions is extended to June 11, 2018.

DATED this 4th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE