# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT<br><br>　　　　　Defendant. | 2:17-cr-00160-JAD-VCF<br>**ORDER** |

　　　Before the Court is Plaintiff's Motion for Faretta Hearing to Re-Canvas Defendant Brian Wright (ECF No. 195).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Plaintiff's Motion for Faretta Hearing to Re-Canvas Defendant Brian Wright (ECF No. 195) is GRANTED.

　　　IT IS FURTHER ORDERED that a Faretta Hearing to Re-Canvas Defendant Brian Wright is scheduled for 2:00 PM, June 29, 2018, in Courtroom 3D.

　　　The U.S. Marshal is directed to transport defendant to and from the hearing.

　　　DATED this 25th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE