# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN KEITH WRIGHT,<br><br>        Defendant. | 2:17-cr-00142-JAD-VCF<br><br>2:17-cr-00160-JAD-VCF<br>**ORDER** |

Before the Court are the Emergency Motion to Appear Telephonically at June 29, 2018 Faretta Hearing (ECF No. 78 & 199) filed in case nos. 2:17-cr-00142-JAD-VCF and 2:17-cr-00160-JAD-VCF.

Defendant's stand-by counsel, Telia U. Williams, Esq. has a schedule conflict on June 29, 2018.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Faretta Hearing scheduled for June 29, 2018 in case nos. 2:17-cr-00142-JAD-VCF and 2:17-cr-00160-JAD-VCF is VACATED and RESCHEDULED to 10:00 AM, July 5, 2018, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

IT IS FURTHER ORDERED that the Emergency Motion to Appear Telephonically at June 29, 2018 Faretta Hearing (ECF No. 78 & 199) filed in case nos. 2:17-cr-00142-JAD-VCF and 2:17-cr-00160-JAD-VCF are DENIED as MOOT.

DATED this 27th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE