**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KEITH WRIGHT,<br><br>Defendant. | 2:17-CR-00160-JAD-VCF<br><br>**Motion for a Protective Order**<br>FILED UNDER SEAL |

# ORDER

Based on the Government's Motion for a Protective Order, and good cause appearing therefore, the Court hereby:

1. Grants a Protective Order to limit disclosure to the public, or any third party not directly related to this case, information relating to personal information, including but not limited, to any cooperation agreements, presentence reports, summaries of interviews, written statements, recordings and/or transcripts of interviews and statements given under oath, including, but not limited to grand jury testimony, and confidential human source reporting of the confidential human sources and cooperating defendants (hereinafter referred to as the "protected information").

2. Further orders that without leave of Court, the parties to this matter, defined herein for the matters of this protective order as the government, the defendants Brian Wright and Deandre Nakita Brown, stand-by counsel for defendant Wright, Telia Williams, as well as employees of Telia Williams

Law Firm, counsel for defendant Deandre Nakita Brown, Shawn Perez, as well as employees of Shawn Perez, shall not:

    a. leave copies of the protected information with the defendants who are detained pending trial which is currently scheduled for November 27, 2018.

    b. make copies for, or allow copies of any kind to be made by any other person of the protected information;

    c. allow any other person to read the protected information; and

    d. make use of the protected information for any other purpose other than preparing to defend against the charges in the Indictment or any further superseding indictment arising out of this case.

3. Further, the Court orders that the parties inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

///
///
///
///
///
///
///
///
///

4. Finally, the Court orders that upon conclusion of this action, the defendant's attorney return to the United States, or destroy and certify to government counsel the destruction of the protected information, within a reasonable time, not to exceed thirty days after the last appeal is final.

Based on the foregoing, IT IS THEREFORE ORDERED the Government's Motion for a Protective Order is hereby GRANTED, consistent with this Order.

Dated this 25th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE