UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Nos.: |
| | ) | |
| Plaintiff, | ) | 2:17-cr-00142-GMN-VCF |
| vs. | ) | 2:17-cr-00160-GMN-VCF |
| | ) | |
| BRIAN KEITH WRIGHT, *et al.* | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

Pending before the Court are the Motions to Chief Judge for the Removal of Judge Jennifer A. Dorsey ("Judge Dorsey"), (ECF Nos. 154, 305), filed by *pro se* Defendant Brian Keith Wright ("Defendant") in the above-captioned cases.

Defendant's Motions are identical and seek recusal of Judge Dorsey under 28 U.S.C. § 351, which provides that a written complaint for recusal of a judge may be filed by any person "with the clerk of the court of appeals for the circuit." 28 U.S.C. § 351(a). Section 351 is not applicable to motions such as Defendant's, filed in the district court. Therefore, Defendant's Motions under § 351 must be denied.

IT IS HEREBY ORDERED that Defendant's Motions to Chief Judge for the Removal of Judge Dorsey, (ECF No. 154, 305), are **DENIED**.

**DATED** this 26 day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court