# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00160-JAD-VCF-1 |
| Plaintiff | **Order Re: Jury Meals and Lodging** |
| v. | |
| BRIAN KEITH WRIGHT, | |
| Defendant | |

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

DATED: December 19, 2018.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE