IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN WRIGHT,<br><br>    Defendant.<br>_____ | Case No. 2:17-cr-00160-JAD-VCF<br><br>ORDER TEMPORARILY<br>UNSEALING PROCEEDINGS |

On October 7, 2019, this Court received a request from Felicia Zabin, Court Reporter, for transcripts of the sealed portions of hearings at Docket Nos. 316 and 322, dated November 26, 2018, and December 10, 2018, respectively.

**IT IS THE ORDER OF THE COURT** that the reporter notes of said hearings shall be unsealed for the limited purpose of providing the transcripts as requested by Michael Tanaka, Esq. The original reporter notes shall thereafter be resealed, together with the certified copies of the transcripts delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Felicia Zabin, Court Reporter, shall not disclose the contents of the transcripts of the sealed proceedings to anyone other than the parties or

representatives of the parties directly concerned with this case.

**DATED** this <u>8th</u> day of <u>October</u>, 2019

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE