UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Brian Keith Wright,<br><br>    Defendant | Case No.: 2:17-cr-00160-JAD-VCF-1<br><br>**Order Denying Motion**<br><br>[ECF No. 460] |

Brian Wright moves to "prevent clerk from further tampering with the appellate record."[1] I denied an identical motion he filed in another action against him in this court,[2] and Wright's appeal was denied last year.[3]  As the government argues, this motion appears to seek relief that is either moot or that this court cannot provide.[4]  Accordingly,

IT IS ORDERED that Wright's motion **[ECF No. 460] is DENIED**.

_____
U.S. District Judge Jennifer A. Dorsey
July 5, 2022

---

[1] ECF No. 460.

[2] *See* ECF No. 228, n. 15 in *United States v. Wright*, Case No. 2:17-cr-00142-JAD-VCF-1.

[3] ECF Nos. 456, 457, 458.

[4] ECF No. 462.