# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | 2:17-cr-0142-JAD-VCF |
| --- | --- |
| Plaintiff | (ECF No. 240) |
| v. | and |
| Brian Keith Wright, | 2:17-cr-160-JAD-VCF |
| | (ECF No. 473) |
| Defendant | **Order Denying Request for Transcripts** |

Brian Keith Wright is serving sentences for convictions in two armed jewelry-store-robbery cases. He asks for his sentencing transcripts from both matters. Those transcripts are electronically filed on the docket.[1] He also asks for "every filing that's on record for" his civil action, *Wright v. Congo*, 2:22-cv-1539-ART-BNW.

An inmate has no constitutional right to free photocopying.[2] A defendant who wants copies of electronically filed documents from the court must pay $0.10 per page to receive them.[3]

Because the court does not provide free copies of documents in the docket, IT IS HEREBY ORDERED that Wright's request for copies of his sentencing transcripts and the filings in his civil case **[ECF No. 240 in 2:17-cr-0142-JAD-VCF] and [ECF No. 473 in 2:17-cr-160-JAD-VCF] is DENIED.** To obtain copies of transcripts and documents, Wright must follow the established procedure and send a completed order form (attached to this order)

---

[1] ECF No. 204 in 2:17-cr-142-JAD-VCF (39 pages); and ECF No. 452 in 2:17-cv-160-JAD-VCF (89 pages).

[2] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[3] L.R. IC 1-1(i)(5); 28 U.S.C. § 1914.

to the United States District Court, 333 Las Vegas Blvd. So., Room 1334, Las Vegas, Nevada, 89101.

As an accommodation to Wright, the Clerk is directed to **SEND** him a copy of the public docket sheet in *Wright v. Congo*, 2:22-cv-1539-ART-BNW.  This is a one-time accommodation.  Further requests in that case must bear the case caption and case number and be filed as a proper motion in that case.

_____
U.S. District Judge Jennifer A. Dorsey
July 10, 2024

FOR COURT USE ONLY
Amount Due: _____
Number of pages: _____
Number certified: _____
Number exemplified: _____

United States District Court, District of Nevada
## COPY AND SERVICE REQUEST

**1. \*Name:** _____  **2. \*Date:** _____

**3. Firm or Agency:** _____

**4. \*Mailing Address:** _____
City: _____  State: \_\_\_\_  Zip code: _____

**5. \*Phone Number:** _____  **6. \*Email Address:** _____

**7. Case Number:** _____

**8. Case Name:** _____

**9. Service Requested (check box below):**

☐ **Copy of Docket Sheet.**

☐ **Copies of documents.** The fee for the clerk to reproduce documents from an electronic format is $.10 per page. List the document titles and include document number:

☐ **Certification** of a document or paper filed with the court. The fee for certification of each document is $12.00 plus copy charges. List the document titles and include document number:

☐ **Exemplification** of a document filed with the court. The fee for exemplification of each document is $24.00 plus copy charges. List the document titles and include document number:

☐ **Apostille.** The fee for the issuance of an apostille is $50.00 plus copy charges. Apostilles may be issued only for documents generated within the court. List the document titles and include document number:

☐ **Records search.** The fee for each name or item searched is $34.00. List information to be searched:

☐ **Retrieval from the Federal Records Center.** The charge for retrieval of records is $70.00 for one box and $43.00 for each additional box to be paid in advance. Please allow two weeks for delivery. For electronic retrievals, $11.00 plus $9.90 and $.65 per page, charges assessed by the Federal Records Center.

# INSTRUCTIONS

**Completion.** Complete Items 1 through 9. **Failure to provide the case number and document numbers for any request may result in a $34.00 fee for record search.**

**Submitting to the Court.** All requests for copies/services must be in writing on the form provided. Requests for records will not be accepted over the phone or by fax. Deliver or mail the completed Copy and Service Request form to the division of the Clerk's Office in which the case was originally filed.

> For cases filed in the unofficial southern division of the U.S. District Court for the District of Nevada:
>
> United States District Court
> 333 Las Vegas Blvd South, Room 1334
> Las Vegas, NV 89101
>
> For cases filed in the unofficial northern division of the U.S. District Court for the District of Nevada:
>
> United States District Court
> 400 S Virginia St, Room 301
> Reno, NV 89501

**Fees.** The court will notify you of the total amount due and contact you when the services have been completed.

## ELECTRONIC ACCESS TO COURT RECORDS

Electronic public access to federal records is available through PACER at www.pacer.gov

## ORDERING RECORDS DIRECTLY FROM
## NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA), FEDERAL RECORDS CENTER (FRC)

To order copies of closed case files that have been transferred to NARA, go to
https://www.archives.gov/research/court-records/order-copies

Rev. 12/1/2023